UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WENDY RIVERA,
                             Plaintiff,

               -against-

2589 WESTSIDE MARKET LLC, et al.,
                            Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2020

20 Civ. 1508 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for May 14, 2020. ECF 11;

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

    **ORDERED** that the May 14, 2020, initial pretrial conference is **cancelled**.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

    **ORDERED** that the parties may request to take expert discovery no later than September 11, 2020.

    The case management plan provides additional time for the parties to complete discovery in light of the coronavirus-related circumstances, but the parties are expected to diligently comply with the discovery schedule.  The Court will not extend the discovery deadline absent compelling circumstances.

Dated: May 11, 2020
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE